UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Stanley R. Chesler |
| : | |
| v. : | |
| : | Criminal No. 08-346 |
| KEITH STEWART, : | |
|   a/k/a "Nutty" : | ORDER |
| SHAROD HESTER, : | |
|   a/k/a "Rowdy" and : | |
| SHAWN DAVIS, : | |
|   a/k/a "Lamont" : | |

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Matthew E. Beck, Assistant U.S. Attorney, appearing), and defendants Keith Stewart (Linwood A. Jones, Esq., appearing), Sharod Hester (Kenneth W. Kayser, Esq., appearing), and Shawn Davis (Robert Olejar, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until November 3, 2008 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _25_ day of _____, 2008,

ORDERED that:

the trial date in this matter is continued until December 2nd 2008, and that the period of time from May 13, 2008 through November 3, 2008, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before October 10th;

2. The Government shall respond to such motions on or before November 1, 2008.

3. The return date for pretrial motions shall be November 18, 2008; and

5. Trial shall commence on Dec 2nd, 2008 at 10:00 a.m.

HON. STANLEY R. CHESLER
United States District Judge

2

I hereby consent to the form
and entry of this order

_____
Linwood A. Jones, Esq.
(Attorney for Keith Stewart)


_____
Kenneth W. Kayser, Esq.
(Attorney for Sharod Hester)


_____
Robert Olejar, Esq.
(Attorney for Shawn Davis)

_____
Matthew E. Beck, AUSA

3

I hereby consent to the form
and entry of this order


_____
Linwood A. Jones, Esq.
(Attorney for Keith Stewart)


_____
Kenneth W. Kayser, Esq.
(Attorney for Sharod Hester)


_____
Robert Olejar, Esq.
(Attorney for Shawn Davis)


_____
Matthew E. Beck, AUSA

I hereby consent to the form
and entry of this order


_____
Linwood A. Jones, Esq.
(Attorney for Keith Stewart)


_____
Kenneth W. Kayser, Esq.
(Attorney for Sharod Hester)


_____
Robert Olejar, Esq.
(Attorney for Shawn Davis)


_____
Matthew E. Beck, AUSA

3

U.S. Department of Justice

United States Attorney
District of New Jersey

| | | |
|---|---|---|
| Matthew E. Beck<br>Assistant U.S. Attorney | 970 Broad Street, Suite 700<br>Newark, NJ 07102 | 973/353-6053 |

June 23, 2008

Honorable Stanley R. Chesler
United States District Judge
U.S. Post Office & Courthouse
Newark, New Jersey 07102

    Re:    United States v. Keith Stewart, et. al
            Criminal No. 08-346 (SRC)

Dear Judge Chesler:

    In accordance with my conversations with counsel for the defendants, enclosed please find an original and two copies of a proposed form of order signed by all parties continuing the proceedings in this matter due to the complexity of the case. As the government indicated to the Court at the defendants' arraignment on May 23, 2008, this case involves wiretap evidence, including thousands of intercepted telephone conversations.

    If the form of Order meets with your approval, kindly execute the original and have your deputy file same with the Clerk of the Court and return a conformed copy to me in the enclosed envelope.

    Thank you for your courtesies.

                                          Respectfully,

                                          CHRISTOPHER J. CHRISTIE
                                          United States Attorney

                       By:    MATTHEW E. BECK
                                  Assistant U.S. Attorney

Encl.
cc:    Linwood A. Jones, Esq.
       Kenneth W. Kayser, Esq.
       Robert J. Olejar, Esq.