UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | |
| | : | Criminal No. 08-346 |
| KEITH STEWART, | : | |
|   a/k/a "Nutty" | : | ORDER |
| SHEDRICK CRAFTON, | : | |
|  a/k/a "Charlie" | : | |
| SHAROD HESTER, | : | |
|   a/k/a "Rowdy" and | : | |
| SHAWN DAVIS, | : | |
|   a/k/a "Lamont" | : | |

       This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Matthew E. Beck, Assistant U.S. Attorney, appearing), and defendants Keith Stewart (Linwood A. Jones, Esq., appearing), Shedrick Crafton (Anna G. Cominsky, Esq., appearing), Sharod Hester (Kenneth W. Kayser, Esq., appearing), and Shawn Davis (Robert Olejar, Esq., appearing), and good cause having been shown, the Court makes the following findings:

       1.  This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

       2.  The ends of justice served by a continuance of the trial date in this matter until March 10, 2009 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of November, 2008,

ORDERED that:

the trial date in this matter is continued until March 10, 2009, and that the period of time from January 13, 2009 through March 10, 2009, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(1)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before _February 4_, 2009;

2. The Government shall respond to such motions on or before _February 18_, 2009; *and oral argument*

3. The return date for pretrial motions shall be _March 2_, 2009; and *at 3:00 pm*.

5. Trial shall commence on March 10, 2009 at 9:30 a.m.

HON. SUSAN D. WIGENTON
United States District Judge

2

I hereby consent to the form
and entry of this order

_____        _Keith Stewart_____
Linwood A. Jones, Esq.          Keith Stewart
(Attorney for Keith Stewart)


_____        _____
Anna G. Cominsky, Esq.          Shedrick Crafton
(Attorney for Shedrick Crafton)


_____
Kenneth W. Kayser, Esq.
(Attorney for Sharod Hester)




_____
Robert Olejar, Esq.
(Attorney for Shawn Davis)



_____
Matthew E. Beck, AUSA

3