MEB/2007R01026

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 08- 346-03 |
| SHAWN DAVIS, | : | 18 U.S.C. § 4 |
| a/k/a "Lamont" | : | |

S U P E R S E D I N G
I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or about November 2007 through on or about February 13, 2008, in Essex County, in the District of New Jersey and elsewhere, the defendant,

SHAWN DAVIS,
a/k/a "Lamont,"

having knowledge of the actual commission of a felony cognizable by a court of the United States, specifically, a conspiracy to distribute and to possess with the intent to distribute a quantity of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 846, did knowingly conceal and fail as soon as possible to make known the same to a judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

_Ralph J. Marra, Jr._
RALPH J. MARRA, Jr.
Acting United States Attorney

CASE NUMBER 08-346 (SDW)

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

SHAWN DAVIS
a/k/a "Lamont"

# SUPERSEDING INFORMATION FOR

18 U.S.C. § 4

**RALPH J. MARRA, JR.**
ACTING U.S. ATTORNEY NEWARK, NEW JERSEY

MATTHEW E. BECK
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 353-6053