PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DAVIS, Shawn

Cr.: 08-00364-003
PACTS Number: 51106

Name of Sentencing Judicial Officer: Susan D. Wigenton, U.S.D.J.

Date of Original Sentence: 04/08/09

Original Offense: Withholding Information on a Crime

Original Sentence: 23 months imprisonment; 1 year supervised release; $100 special assessment. Special conditions: 1) financial disclosure; and 2) DNA collection.

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/16/09

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall contribute 40 hours of community service work over a period of three (3) months or less from the date this petition is signed by Your Honor. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On March 28, 2010, the offender was arrested by the Newark, New Jersey Police Department and charged with Criminal Mischief with Damage. According to the investigative report, Davis broke a window on an unknown victim's auto. He was apprehended by police and positively identified.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 04/12/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date