PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DAVIS, Shawn            Cr.: 08-00364-003
                                                               PACTS Number: 51106

Name of Sentencing Judicial Officer: Susan D. Wigenton, U.S.D.J.

Date of Original Sentence: 04/08/09

Original Offense: Withholding Information on a Crime

Original Sentence: 23 months imprisonment; 1 year supervised release; $100 special assessment. Special conditions: 1) financial disclosure; 2) DNA collection; and 3) 40 hours community service (modified).

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/16/09

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition:

DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On July 16, 2010, during an office interview, Davis admitted abusing heroin and signed an Admission of Drug Use Form.

U.S. Probation Officer Action: Probation will present this document to Davis as a formal reprimand issued under the authority of the Court. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.



Respectfully submitted,

By: Joseph Empirio, U.S.P.O.
Date: 07/27/10

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above & Presentation of this Document to the Offender as a Formal Written Reprimand Issued with the Approval and Under the Authority of the United States District Court
[ ] Submit a Request for Warrant or Summons
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date